**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 2:25-cv-12432-AB-KES                                  Date: March 11, 2026

Title:  Joseph Freeman v. The Regents of the University of California, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

Jazmin Dorado                                        Not Present
Courtroom Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR                  ATTORNEYS PRESENT FOR
PLAINTIFF:                                           DEFENDANTS:
None Present                                          None Present

**PROCEEDINGS (IN CHAMBERS):**       **Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Follow Local Rule 41-6**

On February 20, 2026, the Court mailed Plaintiff a copy of its Order Dismissing Plaintiff's Complaint with Leave to Amend.  (Dkt. 9.)  On March 5, 2026, that mail was returned as undeliverable.  (Dkt. 10.)

The Court's Local Rule 41-6 provides:

A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

L.R. 41-6.

The Court therefore ORDERS Plaintiff to file a response **by March 25, 2026**, to this Order to Show Cause, explaining why this case should not be dismissed pursuant to Local Rule 41-6 and, if applicable, providing Plaintiff's updated contact information.

Initials of Deputy Clerk jd